# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV08-737 PA (AGRx) |
| Title | Paramount Pictures Corporation v. R. Simmon et. al. |
| Date | May 15, 2008 |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Rosa Morales | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

**Proceedings:**   **Order to Show Cause Re Dismissal For Lack Of Prosecution**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Fed. R. Civ. P. 4(m).

Accordingly, the court, on its own motion, orders plaintiff to show cause in writing on or before **May 24, 2008** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff's response.

:

Initials of Preparer